Same case below, 622 F.3d 831.

**No. 10-916. John H. Ryskamp, Petitioner v. Commissioner of Internal Revenue.**

562 U.S. 1250, 131 S. Ct. 1534, 179 L. Ed. 2d 361, 2011 U.S. LEXIS 1219.

February 22, 2011. Petition for writ of certiorari before judgment to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7331. Therese Guirlando, Petitioner v. T. C. Ziraat Bankasi, A.S.**

562 U.S. 1250, 131 S. Ct. 1475, 179 L. Ed. 2d 361, 2011 U.S. LEXIS 1249.

**No. 10-7757. Gregory C. Kapordelis, Petitioner v. Aaron M. Danzig, et al.**

562 U.S. 1250, 131 S. Ct. 1481, 179 L. Ed. 2d 361, 2011 U.S. LEXIS 1226.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 387 Fed. Appx. 905.

**No. 10-7791. Dewitt Gibson, Petitioner v. Dale Artis, Superintendent, Clinton Correctional Facility.**

562 U.S. 1250, 131 S. Ct. 1483, 179 L. Ed. 2d 361, 2011 U.S. LEXIS 1184.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 407 Fed. Appx. 517.